UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGIE MOORE | CIVIL ACTION |
| VERSUS | NO. 22-1525 |
| EVONIK CORPORATION, *et al.* | SECTION M (3) |

## **ORDER**

Considering the joint motion to administratively close and stay this proceeding filed by plaintiff Margie Moore and defendant Evonik Corporation, successor in interest to Evonik Materials Corporation and Tomah Reserve, Inc., and formerly known as Air Products Performance Manufacturing, Inc. and Versum Materials Performance Manufacturing, Inc. (R. Doc. 20),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the above-captioned mattered is stayed and administratively closed pending the outcome of the appeal in *Jack v. Evonik Corp. et al.*, United States District Court for the Eastern District Civil Action No. 22-1520, United States Court of Appeals for the Fifth Circuit Docket Number 22-30526. Any party may file a written motion to reopen these proceedings within thirty days after final judgment in the pending Fifth Circuit proceeding in *Jack*.

New Orleans, Louisiana, this 14th day of November, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE